| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>LORENZ, MYRON J | 2. Court or Organization<br>U.S. DISTRICT COURT, CASD | 3. Date of Report<br>4/20/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br>U.S. DISTRICT JUDGE, ACTIVE | 5. ReportType (check appropriate type)<br>○ Nomination, Date<br>● Initial  ◉ Annual  ○ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>U.S. DISTRICT COURT<br>940 FRONT STREET RM 5145<br>SAN DIEGO CA 92101-8911 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | TRUST |
| 2. | MEMBER | BOARD OF ADVISORS OF MARINE CORPS RECRUIT DEPOT MUSEUM & HISTORIAL SOCIETY |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 APR 26 A 11: 21 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| LORENZ, MYRON J | 4/20/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE . (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LORENZ, MYRON J | 4/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Parcel # 1, San Diego County, California | | None | O | W | | | | | |
| 2. US BANK | A | Interest | K | T | Withdrawal | 03/18 | K | A | |
| 3. WELLS FARGO BANK | | None | J | T | | | | | |
| 4. AIM CHARTER FUND A | A | Dividend | K | T | | | | | |
| 5. AIM PREMIER EQUITY B (FORMERLY KNOWN AS AIM VALUE FUND B) | A | Dividend | J | T | | | | | |
| 6. AIM CASH RESERVE | A | Interest | K | T | Exch/Red | 05/13 | K | A | |
| 7. AIM BASIC VALUE | | None | K | T | Exch/Buy | 05/13 | K | A | |
| 8. MFS CASH RESERVE FUND | A | Dividend | J | T | Exch/Red | 05/13 | J | A | |
| 9. MFS STRATEGIC VALUE | | None | J | T | Exch/Buy | 05/13 | J | A | |
| 10. MS DIVIDEND GROWTH FUND B | D | Dividend | K | T | | | | | |
| 11. MS EUROPEAN GROWTH FUND B | A | Dividend | K | T | | | | | |
| 12. MS ACTIVE ASSETS MONEY TRUST | B | Dividend | M | T | Deposit | 03/18 | K | | |
| 13. SELIGMAN COMM & INFO FUND | | None | K | T | | | | | |
| 14. TRANSAMERICA INDIV RETIREMENT ANNUITY | B | Interest | L | T | | | | | |
| 15. SAN DIEGO COUNTY EMPLOYEES' RETIREMENT ASSOCIATION | C | Interest | M | T | | | | | |
| 16. AMERICAN INV CO OF AMERICA HELD IN IRA | A | Dividend | K | T | Exch/Buy | 12/13 | K | | |
| 17. MS EUROPEAN GROWTH FUND B HELD IN IRA | A | Dividend | K | T | | | | | |
| 18. MS AMER OPPORTUNITES FUND B HELD IN IRA | | None | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LORENZ, MYRON J | 4/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. MS LIQUID ASSET FUND HELD IN IRA | B | Dividend | J | T | | | | | |
| 20. FNMA REMIC TR 1993 HELD IN IRA | B | Interest | K | T | | | | | |
| 21. MURIETTA VY CALIF SCH DIST. CTFS PARTN CALLABLE | B | Interest | K | T | | | | | |
| 22. UNIVERSITY OF CAL. REVS | B | Interest | K | T | | | | | |
| 23. CALIFORNIA STATEWIDE CMNTYS | B | Interest | K | T | Redemp. | 10/01 | K | A | |
| 24. CALIFORNIA EDL FACS AUTH REV (2) | B | Interest | K | T | Buy | 10/22 | K | A | |
| 25. CALIFORNIA EDL FACS AUTH REV (1) | B | Interest | K | T | | | | | |
| 26. UNIVERSITY CALIF REVS | A | Interest | J | T | | | | | |
| 27. PUTNAM NEW OPPORTUNITY B HELD IN IRA | | None | K | T | | | | | |
| 28. OPPENHEIMER GLOBAL FD CL B HELD IN IRA | | None | K | T | | | | | |
| 29. AIM PREMIER EQUITY B HELD IN IRA | | None | K | T | | | | | |
| 30. DAVIS NEW YORK VENTURE HELD IN IRA | | None | K | T | | | | | |
| 31. MS INFORMATION FUND B HELD IN IRA | | None | J | T | | | | | |
| 32. MS CAP OPPORTUNITIES TRUST B HELD IN IRA | | None | J | T | | | | | |
| 33. MS MPS S&P 500 INDEX HELD IN IRA | | None | L | T | | | | | |
| 34. PRIME FUND | A | Dividend | J | T | Buy | 01/30 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | I = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100, | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date ___4/20/05___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
EDWARD J. SCHWARTZ U.S. COURTHOUSE
940 FRONT STREET, ROOM 5145
SAN DIEGO, CALIFORNIA 92101-8911

July 15, 2005

RECEIVED
2005 JUL 25 A 11: 19
FINANCIAL DISCLOSURE OFFICE

Honorable Mary M. Lisi
Chair, Judicial Conference of the United States
  Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:    Calendar Year 2004 Filing

Dear Judge Lisi:

I have received your correspondence of June 29, 2005 regarding my 2004 annual financial disclosure report. I appreciate your comments regarding preparation of future reports, and will endeavor to apply them in future filings.

As to the inconsistencies between my 2003 and 2004 annual financial disclosure reports, you correctly note that my 2003 report listed a fund named "MS Mid Cap Equity Trust B held in IRA" that did not appear in my 2004 report. You further note that my 2004 report listed a fund named "MS Cap Opportunities Trust B held in IRA" which was not listed in my 2003 report.

These funds are actually one and the same; the name of the fund changed from Morgan Stanley Mid Cap Equity Fund to Morgan Stanley Capital Opportunities Fund. I should have noted the name change on my 2004 report, rather than simply changing the name without explanation as I did.

I hope that this letter will be sufficient to serve as an amendment to my 2004 filing and that I have satisfactorily addressed the concerns raised in your correspondence. Please let me know if further information is required.



U.S. District Judge

MJL:mh